**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **DALE DUPIGNY,** | |
| **Plaintiff,** | 1:06-cv-33 |
| v. | |
| **COLT ATLANTIC SERVICES, INC.,** | |
| **Defendant.** | |

**TO:** Lee J. Rohn, Esq.
Yolan C. Brow, Esq.

### ORDER

THIS MATTER came before the Court upon Plaintiff's Motion to Strike the Filing of the Offer of Judgment by the Defendant (Docket No. 119). Defendant filed a response to said motion, wherein it explains that it has had the document at issue restricted and has filed, in its place, a notice of service of offer of judgment with the original hand-delivered to counsel for Plaintiff. This order is issued without necessity of reply.

It is clear from Defendant's response that the relief sought by Plaintiff's motion has been achieved.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Strike the Filing of the Offer of Judgment by the Defendant (Docket No. 119) is **DENIED AS MOOT**.

ENTER:

Dated: October 5, 2009

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE